THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ALICIA KATHLEEN CRUZ, aka ) <br> ALICIA KATHLEEN ARMSTRONG, ) <br> ) <br> Defendant. ) <br> _____) | NO. CR08-031TSZ <br><br> ORDER CONTINUING <br> TRIAL DATE |

ORDER

The Court, having reviewed the records and files herein and considered the stipulation of the government and Defendant Alicia Kathleen Cruz, aka Alicia Kathleen Armstrong, makes the following findings and enters the following order:

1. On January 31, 2008, a Grand Jury charged Defendant in a 9-count Indictment. Defendant is charged with two counts of Felon in Possession of a Firearm, three counts of Bank Fraud, two counts of Social Security Fraud, and two counts of Aggravated Identity Theft. During the prosecution of this case, based on the government's unopposed motion, Alicia Cruz has been detained at the Federal Detention Center in SeaTac, Washington.

2. On February 7, 2008, Defendant was arraigned and her trial date was set for March 31, 2008. Since that time, the government has provided discovery to her attorney.

ORDER CONTINUING TRIAL/
*United States v. Cruz*, CR08-031TSZ — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

3. In February 2008, the government received information regarding additional illegal conduct potentially involving defendant and other uncharged co-conspirators.

4. On February 28, 2008, the government and defense counsel discussed the need for additional time for the government to supplement discovery, including providing witness statements and other documents, based on law enforcement's on-going investigation.

5. On March 9, 2008, Defendant signed and filed a written waiver of speedy trial, waiving her right to a speedy trial under the provisions of the Sixth Amendment and the Federal Speedy Trial Act, 18 U.S.C., Sections 3161, et. seq., through July 30, 2008.

6. The ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Based upon the parties' need to prepare the matter for trial, a failure to grant the motion for a continuance would result in a miscarriage of justice.

7. The parties have requested and stipulated to this first continuance of the trial date, which is GRANTED.

IT IS HEREBY ORDERED that the trial date is continued from March 31, 2008, to July 21, 2008.

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, Title 18, United States Code,

//
//
//

ORDER CONTINUING TRIAL/
*United States v. Cruz*, CR08-031TSZ — 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Sections 3161-3164, the period of delay from March 13, 2008, to July 30, 2008, is

2  excludable time pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv).

DONE this 17th day of March, 2008.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

 /s Johanna Vanderlee
JOHANNA VANDERLEE
Special Assistant United States Attorney
WSBA Bar # 19178
Telephone: (206) 553-4259
Fax: (206) 553-0755
E-mail: johanna.vanderlee@usdoj.gov

ORDER CONTINUING TRIAL/
*United States v. Cruz*, CR08-031TSZ — 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970